UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KIM PADDOCK, Individually and on behalf of the Class, ) ) ) Plaintiff, ) ) versus ) ) SUNTRUST MORTGAGE, INC. ) ) Defendant ) | Civil Action No. 3:16-cv-00049-HEH <br><br><br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who hereby notifies the Court that all claims in this matter has been settled.  Plaintiff anticipates filing a Motion To Dismiss pursuant to F.R.C.P. 41(a) within thirty days.

                Respectfully submitted:

                By:  /s/ Christopher Colt North
                      Christopher Colt North, VSB #16955
                      William L. Downing, VSB #17704
                      THE CONSUMER AND EMPLOYEE RIGHTS
                        LAW FIRM, P.C.
                      751A Thimble Shoals Boulevard
                      Newport News, Virginia 23606
                      Telephone: (757) 873-1010
                      Facsimile: (757) 873-8375
                      cnorthlaw@aol.com
                      wdowninglaw@aol.com

                            -and-

        Philip Bohrer (*admitted pro hac vice*)
        phil@bohrerbrady.com
        Scott E. Brady (*admitted pro hac vice*)
        scott@bohrerbrady.com
        **BOHRER BRADY, LLC**
        8712 Jefferson Highway, Suite B
        Baton Rouge, Louisiana 70809
        Telephone: (225) 925-5297
        Facsimile: (225) 231-7000

         -and-

        John P. Wolff, III (*admitted pro hac vice)*
        jwolff@keoghcox.com
        Christopher k. Jones (*admitted pro hac vice)*
        cjones@keoghcox.com
        KEOGH, COX & WILSON
        701 Main Street
        P.O. Box 1151
        Baton Rouge, Louisiana 70821-1151
        Telephone: (225) 383-3796
        Facsimile: (225) 343-9612

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.  Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

  Newport News, Virginia this 2nd day of May, 2016.


        s/Christopher Colt North
        Christopher Colt North